UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LOURDES PEREZ, :
:
Plaintiff, :
: 20-CV-3341 (JMF)
-v- :
: ORDER
:
PORT AUTHORITY OF NEW YORK AND NEW :
JERSEY, et al. :
:
Defendants. :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendants' motion for summary judgement is due on **December 23, 2021**, Plaintiff's response is due on **January 27, 2022**, and Defendants' reply, if any, is due on **February 10, 2022**.

- Expert discovery is postponed until after the Court's decision on the Motion for Summary Judgement.

SO ORDERED.

Dated: November 16, 2021
      New York, New York

_____
JESSE M. FURMAN
United States District Judge