**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LOURDES PEREZ,

                             Plaintiff,

        -against-                                    20 **CIVIL** 3341 (JMF)

                                                                     **<u>JUDGMENT</u>**

THE PORT AUTHORITY OF NEW YORK &
NEW JERSEY et al.,

                             Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2022, Defendants' motion for summary judgment is GRANTED, and Perez's claims are dismissed in their entirety; accordingly, the case is closed.

**Dated:**  New York, New York

        September 29, 2022

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                             **BY:**    *K. Mango*

                                                                        **Deputy Clerk**